UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 26-2880**

Madison Joint Venture LLC v. Chemo Research S.L.
(D.N.J. No. 2:19-cv-08012)

# ORDER

During the district-court proceedings, Savant Neglected Diseases, LLC ("Savant") participated as an intervenor. Savant is directed to advise this Court within fourteen (14) days of the date of this order whether it will participate in the appeal and, if so, what party it will support. If Savant wishes to participate in the appeal and file a separate brief, its brief will be due on the same day as the party it is supporting. Savant and the party it is supporting are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. Savant may join in or adopt portions by reference. *See* Fed. R. App. P. 28(i). Failure to respond to this order will be deemed a notice of non-participation and Savant will not be permitted to file a brief.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 27, 2026
Sb/cc: All Counsel of Record