**GLENN AGRE BERGMAN & FUENTES**

L. Reid Skibell
rskibell@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

August 10, 2026

**VIA ECF**
Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

**Re: Madison Joint Venture LLC v. Chemo Research S.L., et al, Case No. 26-2880 (3d Cir.)**

Dear Ms. Dodszuweit:

This firm represents Intervenor Savant Neglected Diseases, LLC ("Savant") in the above-referenced litigation. I write to respond to the Court's directive in the Order entered in this matter on July 27, 2026 [ECF No. 3].

As directed by the July 27 Order, Savant advises the Court that it intends to participate in this appeal. Savant further submits that its interests are most appropriately aligned with those of the Appellant and, accordingly, respectfully requests to be permitted to file its brief on the same day as Madison Joint Venture LLC ("Madison").

Savant is mindful of the Court's direction in the July 27 Order that the Court disfavors repetitive briefs and will attempt to limit duplicative submissions.

Respectfully submitted,

*/s/ L. Reid Skibell*

L. Reid Skibell

cc: All counsel of record (via ECF)