No: 26-2880

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

MADISON JOINT VENTURE LLC,
Appellant

v.

CHEMO RESEARCH S.L.;
EXELTIS USA INC;
Appellees

New Jersey - Newark

U.S. District Court, D.N.J.

2:19-cv-08012

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Local Appellate Rule 31.4, Appellant Madison Joint Venture LLC ("Madison") respectfully requests a thirty (30)-day extension of time to file its opening brief, up to and including November 5, 2026. Counsel for Appellees Chemo Research S.L. and Exeltis USA Inc. (the "Chemo Appellees") do not oppose the requested extension.

There is good cause to grant the requested extension. Counsel for Madison has several existing deadlines—including three already-scheduled oral arguments in both state and federal court between September 17 and October 13, and a merits brief due to be filed in a state-supreme-court matter on October 14—that have taken and will continue to necessitate substantial time over the next several weeks, and thus would interfere with preparation of the opening brief and appendix by October 6. Additional counsel for Madison also have pressing deadlines that will make them less able to assist in preparation of the brief and joint appendix on the existing schedule.

Given the significance of the issues presented in this appeal, the requested extension is necessary and appropriate to provide counsel adequate time to prepare the opening brief and appendix.

Dated: September 15, 2026

Respectfully submitted,

/s/ *Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum
Peter G. Verniero
SILLS CUMMIS & GROSS
One Riverfront Plaza
Newark, NJ 07102
jgreenbaum@sillscummis.com

*-and-*

Katherine M. Lieb
SILLS CUMMIS & GROSS
101 Park Avenue
28th Floor
New York, NY 10178
klieb@sillscummis.com

Jennifer B. Furey
Sarah M. Eberspacher
Joel E. Antwi
GOULSTON & STORRS PC
One Post Office Square, 25th Fl.
Boston, MA 02109
jfurey@goulstonstorrs.com

*Counsel for Plaintiff-Appellant*
*Madison Joint Venture LLC*

## <u>COMBINED CERTIFICATIONS</u>

1. I certify that the foregoing motion complies with Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(g) because it contains 195 words, excluding the parts of the motion exempted by Rule 32(f).

2. I further certify that this document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5)-(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14-point font.

3. I certify that on September 15, 2026, I caused to be filed the foregoing document with the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will provide service and notification of such filing to all counsel of record registered as CM/ECF users.

4. Counsel for Appellees do not oppose this request.

Dated: September 15, 2026

*<u>/s/ Jeffrey J. Greenbaum</u>*
Jeffrey J. Greenbaum